# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

| | |
|---|---|
| 80 Red Schoolhouse Road, Suite 110 | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| Spring Valley, NY 10977 | 500 Frank W. Burr Blvd., Ste. 31 |
| Tel: (845) 352-0206 | Teaneck, NJ 07666 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |

November 1, 2019

The Honorable Judge LaShann DeArcy Hall
United States District Court
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      *Re: 2:18-cv-07157-LDH Plaintiff's Letter Motion requesting a "Limited Unsealing Order" of Unredacted, Stamped Amended Complaint filed Under Seal.*

Dear Judge Hall:

      I am counsel to Plaintiff in the above referenced matter. Plaintiff filed a Summons and Amended Complaint Under Seal on October 29, 2019 [CM/ECF 17]. Counsel is respectfully requesting, by way of this letter motion, that this Honorable Court grant permission for the Clerk to release to Plaintiff's counsel's office, a copy of the aforesaid stamped, unredacted sealed Amended Complaint filed in this matter. It is necessary that Plaintiff's counsel's office receives the Stamped Unredacted Amended Complaint in order to properly serve the Defendant with same.

      WHEREFORE, Plaintiff respectfully requests that the Court grant this letter motion for a "Limited Unsealing Order" and allow the Clerk to release the Stamped, Unredacted Amended Complaint to Plaintiff's counsel to ensure proper service of same.

      Respectfully submitted,

By:  /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (KC-3347)
80 Red Schoolhouse Road, Suite 110
Spring Valley, New York 10977-6201
T: 845-352-0206
E-mail: kconway@ktclaw.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*